FILED
RLOTTE, NC

MAR 19 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. **5:24-CR-9-KDB** |
| v. | **BILL OF INDICTMENT** |
| TREVARIS DEVAR KENNEDY | Violation:<br>18 USC § 922(g)(1)<br>18 USC § 922(o) |

### THE GRAND JURY CHARGES:

#### COUNT ONE
*(Possession of Firearm by Felon)*

On or about December 22, 2023, in Iredell County, within the Western District of North Carolina,

**TREVARIS DEVAR KENNEDY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm in and affecting commerce, that being, a Glock, Model 19, 9mm semi-automatic pistol and a Glock, Model 26, 9mm semi-automatic pistol

In violation of Title 18, United States Code, Section 922(g)(1).

#### COUNT TWO
*(Possession of a Machinegun)*

On or about December 22, 2023, in Iredell County, within the Western District of North Carolina, the defendant,

**TREVARIS DEVAR KENNEDY,**

did knowingly possess a machinegun, as that term is defined in Title 18, United States Code, Section 921(a)(24), to wit: a device intended to convert a semiautomatic handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger; in violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or used in the violation set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.    a Glock, Model 19, 9mm semi-automatic pistol and ammunition seized in front of 1353 Radio Street in Statesville, North Carolina on December 23, 2023.

    b.    a Glock, Model 26, 9mm semi-automatic pistol and ammunition seized in front of 1353 Radio Street in Statesville, North Carolina on December 23, 2023.

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
SHAVONN BENNETTE
ASSISTANT UNITED STATES ATTORNEY